FILED
DEC 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF COLUMBIA:

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES f/u/b/o<br>SENATE ASPHALT, a division of THE LANE<br>CONSTRUCTION CORPORATION<br><br>        Plaintiff,<br><br>v.<br><br>HARKINS BUILDERS, INC.<br>SERVE: CT Corporation System<br>        1015 15TH Street, NW, Suite 1000<br>        Washington, DC 20005<br><br>AND<br><br>FEDERAL INSURANCE COMPANY<br>SERVE: Superintendent of Corporation<br>        941 N. Capitol Street, NE<br>        7th Floor<br>        Washington, DC 20002<br><br>        Defendants. | Civil Action No.<br><br><br><br><br><br>CASE NUMBER  1:06CV02104<br>JUDGE: Ricardo M. Urbina<br>DECK TYPE: Contract<br>DATE STAMP: 12/11/2006 |

## COMPLAINT

Plaintiff United States f/u/b/o Senate Asphalt, a division of The Lane Construction Corporation, by counsel, states the following as its Complaint against Defendants Harkins Builders, Inc. and Federal Insurance Company:

1

10. As a direct result of said breach, Senate Asphalt has been damaged in the amount of $51,944.82.

11. All conditions and conditions precedent to the maintenance of this action have been fulfilled to the extent that they have not been waived, prevented, or excused.

## COUNT II
(Action on Payment Bond)

12. Paragraphs 1 through 11 are re-alleged as if set forth fully herein.

13. In connection with the Project, Federal Insurance Company as surety and Harkins Builders, Inc. as principal issued payment bond no. 8162-02-91 pursuant to the requirements of the Miller Act. A copy of the bond is attached as **Exhibit A**.

14. Plaintiff Senate Asphalt is a proper claimant under the terms of the bond and the Miller Act.

15. More than 90 days and less than one year has expired since Plaintiff last furnished labor or material to the project.

16. Pursuant to the terms of the Bond, Plaintiff Senate Asphalt is entitled to recover the principal sum of $51,944.82.

17. All conditions and conditions precedent to the maintenance of this action have been fulfilled to the extent that they have not been waived, prevented, or excused.

WHEREFORE Plaintiff respectfully requests that this court enter judgment in its favor against Harkins Builders, Inc. and Federal Insurance Company jointly and severally in the amount of $51,944.82 plus pre and post judgment interest, court costs, and for such other and further relief as the court deems just and appropriate.

10. As a direct result of said breach, Senate Asphalt has been damaged in the amount of $51,944.82.

11. All conditions and conditions precedent to the maintenance of this action have been fulfilled to the extent that they have not been waived, prevented, or excused.

## COUNT II
(Action on Payment Bond)

12. Paragraphs 1 through 11 are re-alleged as if set forth fully herein.

13. In connection with the Project, Federal Insurance Company as surety and Harkins Builders, Inc. as principal issued payment bond no. 8162-02-91 pursuant to the requirements of the Miller Act. A copy of the bond is attached as **Exhibit A**.

14. Plaintiff Senate Asphalt is a proper claimant under the terms of the bond and the Miller Act.

15. More than 90 days and less than one year has expired since Plaintiff last furnished labor or material to the project.

16. Pursuant to the terms of the Bond, Plaintiff Senate Asphalt is entitled to recover the principal sum of $51,944.82.

17. All conditions and conditions precedent to the maintenance of this action have been fulfilled to the extent that they have not been waived, prevented, or excused.

WHEREFORE Plaintiff respectfully requests that this court enter judgment in its favor against Harkins Builders, Inc. and Federal Insurance Company jointly and severally in the amount of $51,944.82 plus pre and post judgment interest, court costs, and for such other and further relief as the court deems just and appropriate.

Respectfully Submitted,

SENATE ASPHALT a division of
THE LANE CONSTUCTION CORPORATION

_____
Stephen J. Annino, Esquire VSB# 20051
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
Telephone:    703-893-3914
Facsimile:    703-893-6944

| PAYMENT BOND (See instructions on reverse) | DATE BOND EXECUTED (Must  ...me or later than date of contract) 10/06/00 | id No. 8162-02-91 FORM APPROVED OMB NO. 9000-0045 |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

**PRINCIPAL** (Legal name and business address)

Harkins Builders, Inc.
12301 Old Columbia Pike
Silver Spring, Maryland 20904

**TYPE OF ORGANIZATION** ("X" one)

☐ INDIVIDUAL    ☐ PARTNERSHIP
☐ JOINT VENTURE    ☒ CORPORATION

**STATE OF INCORPORATION**
Maryland

**SURETY(IES)** (Name(s) and business address(es))

Federal Insurance Company
15 Mountain View Road
Warren, New Jersey 07061-1615

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 9 | 091 | 900 | 00 |

**CONTRACT DATE**: 09/29/00
**CONTRACT NO.**: F41622-00-C0028

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

Harkins Builders, Inc.    **PRINCIPAL**

SIGNATURE(S): 1. By: [signature] (Seal)    2. (Seal)    3. (Seal)

NAME(S) & TITLE(S) (Typed): 1. Gary Garofalo, Vice President

06 2104    Corporate Seal

**INDIVIDUAL SURETY(IES)**

SIGNATURE(S): 1.    2. (Seal)
NAME(S) (Typed): 1.    2.

FILED
DEC 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CORPORATE SURETY(IES)**

NAME & ADDRESS: Federal Insurance Company, Warren, New Jersey 07061-1615
STATE OF INC.: Indiana
LIABILITY LIMIT: $

SIGNATURE(S): 1. By: [signature Brenda Patterson]    2.
NAME(S) & TITLE(S) (Typed): 1. Brenda L. Patterson, Attorney-In-Fact    2.

Corporate Seal

NSN 7540-01-152-8061
Previous edition not usable
EXPIRATION DATE: 12-31-92    25-205

STANDARD FORM 25-A (REV. 1-90)
Prescribed by GSA — FAR (48 CFR) 53.228(c)

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

06-2104
RMU

## I (a) PLAINTIFFS

UNITED STATES f/u/b/o SENATE ASPHALT a division of THE LANE CONSTRUCTION CORPORATION

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Stephen J. Annino, Esquire
Kasimer & Annino, PC
7653 Leesburg Pike
Falls Church, VA 22043
Telephone: 703-893-3914

## DEFENDANTS

HARKINS BUILDERS, INC. and
FEDERAL INSURANCE COMPANY

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

CASE NUMBER 1:06CV02104
JUDGE: Ricardo M. Urbina
DECK TYPE: Contract
DATE STAMP: 12/11/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ⊙ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF...

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- [ ] 410 Antitrust

### ○ B. Personal Injury/Malpractice
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- [ ] 151 Medicare Act

Social Security:
- [ ] 861 HIA ((1395ff))
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

Other Statutes
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)  OR  ○ F. Pro Se General Civil

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant
- [ ] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**Other Statutes**
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/* 2255 | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ⊚ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☒ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
40 U.S.C. § 3133

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐ | DEMAND $ 51,944.82<br>JURY DEMAND: | Check YES only if demanded in complaint<br>YES ☐  NO ☒ |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 12/8/06   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

RECEIVED
DEC 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT