DISTRICT OF COLUMBIA:

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES f/u/b/o<br>SENATE ASPHALT, a division of THE LANE CONSTRUCTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>HARKINS BUILDERS, INC., ET. AL.<br><br>Defendants. | Civil Action No. 1:06CV02104 |

## NOTICE OF FILING

THE CLERK OF THE COURT please note that the first page of the Complaint filed on December 11, 2006 was inadvertently submitted without the Plaintiff's address present. Please note and attach the revised copy of the Complaint's first page to be submitted with the original complaint.

Respectfully Submitted,

SENATE ASPHALT a division of
THE LANE CONSTUCTION CORPORATION

DATE: December 15, 2006

_____
Stephen J. Annino, Esquire VSB# 20051
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
Telephone:  703-893-3914
Facsimile:   703-893-6944

**DISTRICT OF COLUMBIA:**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES f/u/b/o<br>SENATE ASPHALT, a division of THE LANE CONSTRUCTION CORPORATION<br>6216 Oxon Hill Road<br>Oxon Hill, Maryland 20745<br><br>    Plaintiff,<br>v.<br><br>HARKINS BUILDERS, INC.<br>SERVE:  CT Corporation System<br>        1015 15TH Street, NW, Suite 1000<br>        Washington, DC 20005<br><br>AND<br><br>FEDERAL INSURANCE COMPANY<br>SERVE:  Superintendent of Corporation<br>        941 N. Capitol Street, NE<br>        7th Floor<br>        Washington, DC 20002<br><br>    Defendants. | Civil Action No.  1:06CV02104 |

## COMPLAINT

Plaintiff United States f/u/b/o Senate Asphalt, a division of The Lane Construction Corporation, by counsel, states the following as its Complaint against Defendants Harkins Builders, Inc. and Federal Insurance Company:

1