CO-386-online
10/03

# United States District Court
# For the District of Columbia

UNITED STATES f/u/b/o SENATE )
ASPHALT a division of THE LANE )
CONSTRUCTION CORPORATION )
)
                  vs      Plaintiff  )     Civil Action No._____
)
HARKINS BUILDERS, INC. and )
)
FEDERAL INSURANCE COMPANY )
)
                   Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Senate Asphalt a division of The Lane Construction Corporation  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Senate Asphalt a division of The Lane Construction Corporation.  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

DC BAR #390252
BAR IDENTIFICATION NO.

Stephen J. Annino, Esquire
Print Name

7653 Leesburg Pike
Address

Falls Church  VA      22043
City      State      Zip Code

703-893-3914
Phone Number