UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES f/u/b/a<br>SENATE ASPHALT, a division of THE LANE CONSTRUCTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>HARKINS BUILDERS, INC., ET. AL.<br><br>Defendants. | Civil Action No. 1:06CV02104 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

THERE BEING NO OTHER PARTIES appearing in this action and pursuant to FED. R. CIV. P. 41(a)(1), the undersigned hereby gives notice that all claims by Plaintiff The Lane Construction Company d/b/a Senate Asphalt ("Lane") against Defendants Harkins Builders, Inc. ("Harkins"), and Federal Insurance Company, ("Federal"), as set forth in the Complaint are hereby dismissed without prejudice.

DATED: January ___, 2007.

Respectfully submitted,

/s/ Stephen J. Annino
Stephen J. Annino
(DC Bar No. 390252)
KASIMER & ANNINO, P.C.
7653 Leesburg Pike
Falls Church, VA 22043
Ph: 703-893-3914
Fax: 703-893-6944

Attorneys for Plaintiffs,
SENATE ASPHALT
A DIVISION OF THE LANE CONSTRUCTION CORPORATION

## CERTIFICATE OF FILING

I hereby certify that on January 12, 2007, a copy of the foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE was filed electronically. I understand that a copy of this pleading will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen J. Annino

cc.:  William M. Huddles, Esq.
HUDDLES JONES SORTEBERG
& DASCHILLE
10211 Wincopin Circle, Suite 200
Columbia, MD 21044
Ph: 301-621-4120
Fax: 301-621-4473